**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 13, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00371-CV

---

### GUADALUPE TREVINO, Appellant

### V.

### CITY OF HOUSTON AND CRISTELO ATIC GUADIANA, Appellees

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1112394**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed January 31, 2019. On July 29, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel Consists of Justices Christopher, Spain, and Poissant.